UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN J. BALLINGER,

    Plaintiff,          Case No. 1:14-CV-1318

v.                 Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER APPROVING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action May 1, 2017. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 30), filed May 1, 2017, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion, amended motion, and second amended motions for attorney's fees under 42 U.S.C. § 406(b) (ECF Nos. 21, 23, and 27) are **GRANTED IN PART**. Plaintiff is hereby awarded attorney's fees in the amount of $9,540.00.

Dated: May 16, 2017           /s/ Gordon J. Quist
                 GORDON J. QUIST
                 UNITED STATES DISTRICT JUDGE